CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 26-CR-0291-AMO |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER TO |
| v. | ) CONVERT STATUS HEARING ON JUNE 29, |
| | ) 2026, INTO A CHANGE OF PLEA AND |
| | ) SENTENCING |
| TOMAS HERNANDEZ-ZARATE, | ) |
| | ) |
| Defendant. | ) Hearing Date: June 29, 2026 |
| | ) Hearing Time: 2:00 pm |
| | ) Hon. Araceli Martínez-Olguín |

On April 3, 2026, the defendant was charged by Complaint with a single violation of Title 8 U.S.C. §1326(a). On June 10, 2026, the defendant made his initial appearance on the Complaint. The defendant waived a detention hearing, and on June 16, 2026, the defendant was arraigned on an Information, alleging the same violation.

The case has been set for a status hearing on the Court's calendar on June 29, 2026. The case has been identified by the government as a Fast Track case; therefore, the parties have reached an agreement on the resolution of the case. To best effectuate the respective promises made in the forthcoming plea

STIPULATION TO CONVERT HEARING
Case No. 26-CR-0291-AMO                                                    v. 7/10/2018

agreement, the parties request that the Court convert the June 29, 2026, status hearing into a hearing for change of plea and sentencing. In preparation for that and so the Court is best-informed of the case, the parties will submit a copy of the proposed plea agreement as well as joint sentencing memorandum on June 24, 2026.

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

Respectfully,

DATED:  June 24, 2026

_____/s/_____
ZACHARY M. GLIMCHER
Special Assistant United States Attorney

DATED:  June 24, 2026

_____/s/_____
JOYCE LEAVITT
Counsel for Defendant TOMAS HERNANDEZ-ZARATE

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that status hearing currently scheduled for June 29, 2026, at 2:00 pm SHALL BE CONVERTED to a hearing for a change of plea and sentencing.

IT IS SO ORDERED.

DATED: _____6/24/2026_____

Hon. Araceli Martínez-Olguín
United States District Judge

STIPULATION TO CONVERT HEARING
Case No. 26-CR-0291-AMO                                                           v. 7/10/2018